IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| **JALARAMBAPA KRUPA, LLC,** | : | |
| Plaintiff, | : | |
| v. | : | **CASE NO:** |
| | : | **7:25-cv-95–WLS** |
| **STATE FARM FIRE & CASUALTY COMPANY,** | : | |
| Defendant. | : | |

### ORDER

On August 14, 2025, Defendant State Farm Fire & Casualty Company ("State Farm") filed an Answer (Doc. 5) in the above-styled case. Pursuant to Local Rule 87, all nongovernmental corporate parties must file a Corporate Disclosure Statement with their initial pleading. M.D. Ga. L.R. 87. Per the Clerk's notice docketed August 14, 2025, State Farm did not filed its Corporate Disclosure Statement at the time it filed its Answer.

Accordingly, State Farm is hereby **ORDERED** to file a Corporate Disclosure Statement **no later than Tuesday, August 19, 2025.**

**SO ORDERED**, this 15th day of August 2025.

                                                /s/W. Louis Sands
                                                **W. LOUIS SANDS, SR. JUDGE**
                                                **UNITED STATES DISTRICT COURT**