**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | | |
|---|---|---|
| **JALARAMBAPA KRUPA, LLC,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **CASE NO:** |
| | : | **7:25-cv-95–WLS** |
| | : | |
| **STATE FARM FIRE & CASUALTY COMPANY,** | : | |
| | : | |
| | : | |
| **Defendant.** | : | |
| _____ | : | |

## ORDER

Before the Court is Defendant's Unilateral Motion to Extend Discovery (Doc. 20) ("Motion") filed July 1, 2026. Therein Defendant asserts that Plaintiff has been uncooperative in scheduling depositions in this matter and requests a ninety-day extension of the discovery deadlines. Defendant represents that Plaintiff has declined to agree to the extension. The Court finds it appropriate to shorten Plaintiff's response time to the Motion.

Accordingly, on or before **Tuesday, July 7, 2026**, Plaintiff shall file its response to the Motion.

**SO ORDERED**, this 2nd day of July 2026.

/s/W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT**

1